# COMMONWEALTH OF VIRGINIA





RECEIVED
JUL 02 2025
R.B. Walker Law Office

## SUMMONS – CIVIL ACTION
RULE 3:5; VA. CODE § 8.01-2

Case No. CL25000157-00

CARROLL COUNTY CIRCUIT

PO BOX 218 / 605 PINE STREET, HILLSVILLE, VIRGINIA 24343
ADDRESS

TO:

FOILES TRUCKING, LLC

SERVE: EVILSIZOR PROCESS SERVERS LLC

BOC-3 AGENT C/O ROBERT B WALKER

709 OLD HUNT WAY  HERNDON, VA 20170

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia.

JUNE 24, 2025
DATE

GERALD R. GOAD                    Clerk

by _____
DEPUTY CLERK

Instructions: .................................................................................................................................
.................................................................................................................................
.................................................................................................................................

Hearing Official: ...........................................................................................................

FORM CC-1400 MASTER 10/13

VIRGINIA:

## IN THE CIRCUIT COURT FOR CARROLL COUNTY

BLUE RIDGE TRUCK SERVICE, LLC,                )
                                               )
    *Plaintiff,*                               )
                                               )
v.                                             )
                                               )      VALIDATE CASE PAPERS
                                               )      RCPT : 25000005856
FOILES TRUCKING, LLC,                          )      DATE : 06/23/2025 TIME: 09:25
    Serve: Evilsizor Process Servers LLC,      )  Case No: 035CL25000157-00
        Its BOC-3 (Statutory) Agent            )      ACCT : BLUE RIDGE TRUCK SERVICE, LLC
        c/o Robert B. Walker, Esq.             )      AMT. : $236.00
        709 Old Hunt Way                       )
        Herndon, Virginia 20170                )
                                               )
    *Defendant.*                               )

### COMPLAINT AND PETITION TO SELL VEHICLE

    The Plaintiff, Blue Ridge Truck Service, LLC ("BRTS" or "Plaintiff"), by counsel, states the following as its Complaint and Petition to Sell Vehicle against Defendant Foiles Trucking, LLC ("Foiles" or "Defendant").

    This is an action pursuant to Virginia Code §§ 46.2-644.01, 46.2-644.03, 46.2-1209, 46.2-1212.1, 46.2-1231.2, and an unjust enrichment action against Foiles to recover the fees and damages incurred by BRTS related to its recovery, clean-up, tow, and storage of a Tractor, Trailer, and Cargo owned, operated, and/or carried by Foiles.

### JURISDICTION AND VENUE

    1.    This Court has subject matter jurisdiction over this action pursuant to Virginia Code §§ 17.1-513 and 46.2-644.03, and personal jurisdiction over the Defendant pursuant to Virginia Code § 8.01-328.1.

    2.    Venue is proper in this Court pursuant to Virginia Code §§ 8.01-262(3)-(4), because the location of fact witnesses and evidence are in Carroll County, Virginia, where the Defendant

3012-1\0005\12653421v1

regularly conducts business, and the causes of action arose therein and pursuant to Virginia Code § 46.2-644.03 because Carroll County is where the location of the vehicles are located.

## PARTIES

3.      BRTS is a Virginia limited liability company that maintains its principal place of business in Cana, Virginia, and whose sole member is a resident of Virginia. BRTS performs heavy-duty towing and recovery services, including emergency towing-and-recovery services for heavy-duty recoveries.

4.      Upon information and belief, Foiles is an Illinois limited liability company whose member(s) are residents of Illinois.

## FACTS

5.      On or about February 4, 2025, a 2006 Peterbilt Tractor (VIN 1XP5D49X16D660341) (the "Tractor"), a 2013 MAC Trailer (VIN 5MAPA4820DA025322) (the "Trailer"), and the Tractor-Trailer's cargo of heavy railroad materials ("Cargo") were involved in a single-vehicle incident on southbound Route 620 in Carroll County, Virginia (the "Incident").

6.      Upon information and belief, Foiles was the owner and operator of the Tractor-Trailer at the time of the Incident.

### The Recovery Services

7.      In the morning hours of February 4, 2025, BRTS received a call from Rudy Foiles, an agent of Foiles, asking BRTS if it would go to the scene of the Incident to perform a simple winch-out of the Tractor-Trailer.

8.      Because BRTS regularly performs heavy-duty recoveries for the Virginia State Police ("VSP"), it had previously been informed by VSP to call the VSP dispatch when it received information of an immobilized tractor-trailer. Furthermore, because of the location of the

2

Incident—on a narrow single-lane mountain road—BRTS called the VSP to report the immobilized Tractor-Trailer.

9.    The VSP then ordered BRTS to recover and tow the Tractor-Trailer pursuant to VSP's statutory authority, because the Incident and immobilized Tractor-Trailer posed a hazard to the roadway and to public safety.

10.    BRTS responded to the VSP order and mobilized to the scene of the Incident to recover what Mr. Foiles called a stuck/immobilized Tractor-Trailer.

11.    When BRTS arrived at the scene of the Incident, it found that the Tractor-Trailer had careened out of control going down Lambsburg Mountain into the side of an embankment in a sharp turn of southbound Route 620, which dislodged more than half of the Cargo into the sleeper cab of the Tractor, onto the roadway, up the embankment, and into the surrounding areas.



12.    As part of the Incident, the Tractor-Trailer and Cargo became immobilized and blocked the entire roadway—all within the state right-of-way of Route 620.

3

13.    BRTS dispatched certain heavy-duty equipment required to complete the recovery, clean-up, and tow of the Tractor-Trailer and Cargo, as reflected on its Invoice to Foiles. an updated copy of which is attached hereto as **Exhibit A** (the " Recovery Invoice").

14.    The Incident damaged the oil pan of the Tractor. which resulted in an oil spill on the roadway and into the surrounding areas of the mountain terrain.

15.    BRTS began its recovery and clean-up efforts by cleaning up the oil spill and making a plan to recover the Cargo. which included heavy railroad cross ties, metal railroad track pieces, and long railroad spikes.

16.    BRTS then stabilized portions of the Cargo back onto the Trailer and then onto some of BRTS's heavy-duty equipment. BRTS had to clean up most of the dislodged railroad spikes by hand. further complicating the recovery efforts.

17.    Due to narrow nature of the roadway and the sharp turn in which the Tractor-Trailer became immobilized. in addition to the heavy-duty nature of the dislodged Cargo. BRTS's recovery and clean-up efforts were extensive and complicated. BRTS had to move equipment in one piece at a time and carefully position equipment to perform the work. The total work took approximately seven hours from the time of dispatch to the time that BRTS's equipment was back to its lot and back in service.

18.    At the scene of the Incident, BRTS's services included. but were not limited to. cleaning up the Tractor's leaked oil and fuel. cleaning up and recovering the dislodged heavy railroad Cargo, recovering and towing the Tractor-Trailer. hauling the Cargo back to BRTS's lot. cleaning up dirt and debris from the roadway to put the Incident scene back to its pre-Incident condition. and providing traffic-control services at the top and bottom of Lambsburg Mountain, and more (the "Recovery Services").

4

19.     BRTS completed the hazardous Recovery Services. pursuant to the order by the VSP.

20.     The Incident. specifically the immobilized Tractor-Trailer and the spilled Cargo. posed a hazard to the use of the roadway. blocked the lanes of travel. and otherwise endangered the motoring public of Route 620.

21.     A summary BRTS's services to Foiles in responding to the Incident are included on its Recovery Invoice. *See* Ex. A.

22.     Upon recovery. BRTS brought the Tractor. Trailer and Cargo to its lot for storage. where BRTS continues to store the Tractor as of the date of this filing.

23.     The Recovery Services and ongoing storage services that BRTS rendered to Defendant were done lawfully and pursuant to orders by the VSP.

24.     All of BRTS's charges for Recovery Services on the Invoice were reasonable and necessary to complete the clean-up. recovery. and tow of the Tractor-Trailer and Cargo.

### The Transload Services

25.     On February 5. 2025. Foiles dispatched two separate tractor-trailer units to BRTS's storage lot to retrieve the Cargo.

26.     BRTS provided transload services to Foiles. at Foiles' explicit request. for six hours on February 5. 2025. which services included use of BRTS's skid steer. heavy rotator. and two laborers to complete the transload of the Cargo (the "Transload Services").

27.     BRTS and Foiles' agents loaded a portion of the Cargo onto Foiles' first replacement tractor-trailer.

28.     Then. Foiles determined that it would be best to unhook the trailer from the second replacement tractor-trailer and take the Trailer from the Incident away from BRTS's lot. thereby

5

voluntarily leaving the second trailer (VIN 1E9AA482XR1588835) ("Second Trailer") behind in BRTS's lot.

29.    Foiles left the Second Trailer in BRTS's custody, knowing that BRTS is a towing/recovery operator that charges storage fees for such services.

30.    BRTS prepared an invoice for the Transload Services, totaling $4,375.00 (the "Transload Invoice"), which is attached hereto as **Exhibit B**.

31.    BRTS continued to store the Second Trailer as a keeper of vehicles until Foiles returned on April 8, 2025 to pay for the storage fees due on the Second Trailer and to retrieve it.

32.    To date, Foiles has failed to pay BRTS for the Recovery Services, the Transload Services, and the total storage charges on the Tractor-Trailer (all together, the "Services").

33.    As of the date of this filing, Foiles still owes $74,854.69 on the Recovery Invoice, as well as $4,375.00 for the on the Transload Invoice. BRTS continues to incur additional damages daily due to the loss of use of its storage property. These additional storage charges continue to accrue at a rate of $100.00 per day for the Tractor, as described in an updated Recovery Invoice.

34.    Upon information and belief, the Tractor was worth more than $25,000.00 before the Incident.

### COUNT I – ENFORCEMENT OF STATUTORY LIEN AND PETITION TO SELL THE VEHICLE UNDER VIRGINIA CODE §§ 46.2-644.01 AND 46.2-644.03

35.    BRTS reasserts the allegations previously asserted in the Paragraphs above as if fully stated herein.

36.    Pursuant to Virginia Code § 46.2-1209, when a vehicle is immobilized or left adjacent to any Virginia roadway, and constitutes a hazard to the use of the roadway, the VSP "may remove [the vehicle] or have it removed to a storage area for safekeeping."

6

37.    Pursuant to Virginia Code § 46.2-1209, following such recovery and "[b]efore obtaining possession of the motor vehicle, trailer, semitrailer, or combination, its owner or successor in interest to ownership shall pay to the parties entitled thereto all costs incidental to its removal or storage."

38.    Pursuant to Virginia Code § 46.2-644.01, "Every keeper of vehicles shall have a lien upon such vehicles for the amount that may be due him for the towing, storage, recovery, and care thereof, until such amount is paid."

39.    Pursuant to Virginia Code § 46.2-644.01(F), the owner and/or lessee of the recovered tractor-trailer is liable for the costs of the recovery, towing and storage of any truck, trailer, or semitrailer and cargo in the combination.

40.    Upon information and belief, Foiles is the owner of the Tractor-Trailer that BRTS recovered, towed, and stored.

41.    Foiles abandoned the Tractor-Trailer and Cargo along Route 620, and/or left the Tractor-Trailer and Cargo immobilized on the roadway, causing a hazard to the use of the roadway and the motoring public.

42.    Foiles has refused to pay for the all the Services, which services were ordered by the VSP or incidental thereto.

43.    Foiles remains indebted to BRTS in the amount of $79,229.69, with additional storage fees accruing daily.

44.    Pursuant to Virginia Code § 46.2-644.01(B), BRTS now has a lien on the Tractor in the amount of Defendant's outstanding debt of $79,229.69, plus additional storage fees.

45.    BRTS attempted to ascertain the owners of record in compliance with Virginia Code § 46.2-644.03(C).

7

46.    In an effort to comply with the processes of Virginia Code § 46.2-644.03(C) as fully as possible, BRTS intends to serve this lawsuit on Foiles through its BOC-3 Agent in order to notify Foiles of these proceedings.

47.    Pursuant to Virginia Code § 46.2-644.03(F), BRTS now petitions this Court to order the sale and/or disposal of the Tractor to help satisfy the Defendant's debt.

**COUNT II – ENFORCEMENT OF STATUTORY PAYMENT PROVISIONS**

48.    BRTS reasserts the allegations previously asserted in the paragraphs above as if fully stated herein.

49.    In addition to the statutory provisions of Virginia Code § 46.2-1209 requiring Defendant to pay BRTS for "all costs incidental to [the vehicle's] removal or storage," Virginia Code § 46.2-1212.1 similarly provides that owners/lessees of vehicles and carriers of cargo involved in accidents must reimburse towing and recovery operators for services ordered by the VSP.

50.    Pursuant to Virginia Code § 46.2-1212.1(A), the VSP "may, without the consent of the owner or carrier [of vehicles involved in incidents], remove [a] vehicle, cargo, or other personal property that has been (i) damaged or spill within the right-of-way or any portion of a roadway in the primary state highway system and (ii) is blocking the roadway or may otherwise be endangering public safety."

51.    Pursuant to Virginia Code § 46.2-1212.1(C), "[t]he owner and carrier, if any, of the vehicle, cargo, or personal property removed or disposed of under the authority of this section shall reimburse . . . individuals or entities acting pursuant to a contract with . . . the Department of State Police . . . for all costs incurred in the removal and subsequent disposition of such property."

8

52.     In its recovery, clean-up, tow, and storage of the Tractor-Trailer and Cargo, BRTS was acting by order of the VSP, and pursuant to a contract with VSP for incident management services under Virginia Code § 46.2-920.1.

53.     BRTS is entitled by these statutory provisions to recover all costs incurred in and incidental to the removal and storage of the Tractor-Trailer and Cargo.

54.     Foiles has not paid BRTS for the costs of the recovery, clean-up, tow, and storage Services of the Tractor-Trailer and Cargo.

55.     Defendant is indebted to BRTS in the amount of $79,229.69, plus additional storage fees that continue to accrue.

### COUNT III – *QUANTUM MERUIT*
### (IN THE ALTERNATIVE)

56.     BRTS reasserts the allegations previously asserted in the paragraphs above as if fully stated herein.

57.     Foiles requested that BRTS respond to the Incident and recover its Tractor-Trailer and Cargo, as well as complete the Transload Services, on Foiles's behalf.

58.     BRTS responded and conferred a benefit on Foiles by completing the Services on behalf of Foiles following the Incident.

59.     BRTS expected to be paid for the benefit it conferred to Foiles as evidenced by the statutory requirements requiring payment and the invoices that BRTS prepared and sent to Foiles.

60.     Foiles is expected to compensate BRTS for the benefit because of the above-mentioned statutory provisions requiring payment and the invoices it prepared and sent to Foiles.

61.     Foiles has not paid BRTS for all of the costs of the Services.

62.     It would be unjust for Foiles to retain the benefit of BRTS's Services without paying for them.

9

63.    Foiles is indebted to BRTS for the Recovery Services. Transload Services, and storage of the Tractor-Trailer in the amount of $79,229.69, with additional storage fees incurring daily.

## COUNT IV – UNJUST ENRICHMENT
### (IN THE ALTERNATIVE)

64.    BRTS reasserts the allegations previously asserted in the paragraphs above as if fully stated herein.

65.    BRTS conferred a benefit on Foiles by performing the Services on behalf of Foiles following the Incident.

66.    BRTS expected to be paid for the benefit it conferred to Foiles as evidenced by the invoices that BRTS prepared and sent to Foiles.

67.    Foiles is expected to compensate BRTS for the benefit because of the above-referenced statutory payment provisions requiring payment and the invoices it prepared and sent to Foiles.

68.    Foiles has not paid BRTS for all of the costs of the Services.

69.    It would be unjust for Foiles to retain the benefit of BRTS's Services without paying for them.

70.    Foiles is indebted to BRTS for the Recovery Services. the Transload Services, and the storage of the Tractor-Trailer in the amount of $79,229.69.

WHEREFORE, BLUE RIDGE TRUCK SERVICE, LLC prays for judgment against FOILES TRUCKING, LLC in the total amount of SEVENTY-NINE THOUSAND TWO HUNDRED TWENTY-NINE DOLLARS AND SIXTY-NINE CENTS ($79,229.69), plus additional daily storage fees that continue to accrue, as well as petitions the Court for an order to

10

sell the Tractor identified herein, together with BRTS's reasonable attorneys' fees, court costs and

pre- and post-judgment interest and any other relief as may be deemed appropriate by this Court.

**RULE 3:25 NOTICE: BLUE RIDGE TRUCK SERVICE, LLC CLAIMS AND IS
ENTITLED TO RECOVER ITS REASONABLE COURT COSTS AND ATTORNEYS'
FEES PURSUANT TO VIRGINIA CODE § 46.2-1231.2.**

BLUE RIDGE TRUCK SERVICE, LLC

By: _____
Of Counsel

Alicha M. Grubb (VSB No. 90761)
Aidan C. Williams (VSB No. 98459)
GENTRY LOCKE ATTORNEYS
10 Franklin Road SE, Suite 900
Roanoke, Virginia 24011
Telephone: (540) 983-9300
Facsimile: (540) 983-9400
Email: grubb@gentrylocke.com
        awilliams@gentrylocke.com

*Counsel for Plaintiff Blue Ridge Truck Service, LLC*

11

30124/0005/12653421v1

# Exhibit A
## to Plaintiff's Complaint

VALIDATE CASE PAPERS
RCPT : 2500005856
DATE : 06/23/2025 TIME: 09:25
CASE : 035CL25000158-00
ACCT : BLUE RIDGE TRUCK SERVICE, LLC
AMT. : $234.00

Page: 1 of 3

**Blue Ridge Truck Service, LLC**
726 Cedar Lane
Cana, VA 24317
info@blueridgetruckservice.com
276-229-8051



| | Invoice: | DRAFT INV |
|---|---|---|
| | Date: | 6/18/2025 |

| Bill To | Remit Payment To |
|---|---|
| Foiles Trucking, Inc. | Primary |
| | 726 Cedar Lane |
| P 518-410-3669 | Cana, VA 24317 |

| Service Order | Terms | Due Date | Authorizer | Customer PO | Unit # |
|---|---|---|---|---|---|
| 7441 | COD | DRAFT INV | Rudy | | DA025322 |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|

**Complaint:** Received call that unit had wrecked and lost load coming South on Route 620 on Lambsburg Mtn

**Cause:** Truck wrecked

| Labor | **Correction:**<br>Chassis - Chassis - We arrived at 11:00 am to the South bound route 620 and waiting for VSAP to give us the go ahead. They was a large oil spill from oil pan being busted. We started the oil clean up why waiting for VASP to arrive. Then they gave us permission to start the recovery. We started preformed recovery of unit per VASP. We started our action plan by installing our rigging to get hooked up to tractor. The load came out of the trailer and part of it was against the back and side of truck cab.<br>We removed the piece from the back and side of the cab. Then towed the tractor and trailer to storage yard. Then we had to bring in a dump trailer for the cleanup. Then we loaded and secured the wooden cross-ties to gooseneck trailer. We arrived at yard around 5:12 pm. Debris is in dump trailer. Load was left on our trailer. Waiting on insurance. - Completed: 2/5/2025 | 0.00000 | | $0.00 |

| | | | Subtotal | $0.00 |
|---|---|---|---|---|
| Heavy 50-ton Rotator | | 7.00 | $2,850.00 | $19,950.00 |
| Support Vehicle with Enclosed Trailer | | 7.00 | $625.00 | $4,375.00 |
| Heavy Tandem Rollback | | 7.00 | $500.00 | $3,500.00 |
| New Holland C345 Skid Steer with Forks, Bucket and Sweeper | | 7.00 | $375.00 | $2,625.00 |
| Case Excavator | | 7.00 | $350.00 | $2,450.00 |
| Truck with 40 ft. Gooseneck | | 7.00 | $500.00 | $3,500.00 |
| Truck with Dump Trailer | | 7.00 | $500.00 | $3,500.00 |
| 10 extra labors - 7 hours @ $125.00 per hour per man | | 7.00 | $1,250.00 | $8,750.00 |
| 10% Fuel Surcharge | | 1.00 | $4,235.00 | $4,235.00 |
| Administration Fee | | 1.00 | $5,110.00 | $5,110.00 |

**Page: 2 of 3**

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| | Truck Storage from 02/04/25 to 06/19/25 - 136 days @ $100.00 per day | 136.00 | $100.00 | $13,600.00 |
| | Trailer Storage from 02/04/25 to 02/05/25 - 2 days @ $100.00 per day | 2.00 | $100.00 | $200.00 |
| | Disposal Fee - Landfill Billing - Waiting on insurance | 1.00 | $0.00 | $0.00 |
| | Oil Dri | 20.00 | $28.95 | $579.00 |
| | Service Truck #3 | 7.00 | $175.00 | $1,225.00 |
| | Service Truck #7 | 7.00 | $175.00 | $1,225.00 |

Unit: DA025322  **VIN:** 5MAPA4820DA025322
**Fleet #:** DA025322
License Plate: (IL) 623-309ST
2013 Mac Trailer MAC TRAILER MANUFACTURING
Chassis: 1,310,220 Miles

| | |
|---|---|
| Pre-Charge Subtotal | $0.00 |
| Heavy 50-ton Rotator | $19,950.00 |
| Support Vehicle with Enclosed Trailer | $4,375.00 |
| Heavy Tandem Rollback | $3,500.00 |
| New Holland C345 Skid Steer with Forks, Bucket and Sweeper | $2,625.00 |
| Case Excavator | $2,450.00 |
| Truck with 40 ft. Gooseneck | $3,500.00 |
| Truck with Dump Trailer | $3,500.00 |
| 10 extra labors - 7 hours @ $125.00 per hour per man | $8,750.00 |
| 10% Fuel Surcharge | $4,235.00 |
| Administration Fee | $5,110.00 |
| Truck Storage from 02/04/25 to 06/19/25 - 136 days @ $100.00 per day | $13,600.00 |
| Trailer Storage from 02/04/25 to 02/05/25 - 2 days @ $100.00 per day | $200.00 |
| Disposal Fee - Landfill Billing - Waiting on insurance | $0.00 |
| Oil Dri | $579.00 |
| Service Truck #3 | $1,225.00 |
| Service Truck #7 | $1,225.00 |
| Carroll County, VA (5.3% of $579.00) | $30.69 |
| **Total** | **$74,354.69** |

Any warranties on the parts and accessories sold hereby are made by the manufacturer. You understand and agree that we make no warranties of any kind unless expressed in writing. You hereby authorize us to perform the repair work herein set forth and to purchase the necessary material and parts to perform such repair work. You agree that we are not responsible for loss or damage to your vehicle or articles left in your vehicle in case of fire, theft, or any other cause beyond our control or for any delays caused by unavailability of parts or delays in part shipments by the supplier or transporter. In addition, you agree that we are not responsible for damages

to your vehicle from freezing due to lack of antifreeze. You hereby grant our employees permission to operate your vehicle on streets, highways, or elsewhere for the purpose of testing and/or inspection and acknowledge that all emergency road service is performed without any warranty expressed. All units that are broken down must go to a certified shop to verify repairs after the unit is able to get off the road. If our technician is able to get your truck or vehicle running and operational. Even if the technician says you are "good to go" this does not mean it is a permanent fix. We always recommend having the work verified to ensure no further issues are going on that could have been overlooked in a a emergency roadside repair situation.

Furthermore, you acknowledge and agree that an express mechanic's lien on your vehicle is granted to secure payment of this invoice for the repair work detailed in this invoice. Any customer paying through the portal acknowledges payment with a credit card and in the event of fraudulent charges the user of the card will refer to their credit card company to ensure disputes are resolved in a timely manner. Any disputed transactions that are not resolved will result in criminal action being taken. You, as the receiver of the invoice, understand that the IP address and location is being tracked to ensure the proper processing of all credit card transactions.

By signing this invoice the customer agrees to pay the full balance listed in the invoice. If the customer elects to pay by a method other than in cash and that payment method does not satisfy the full amount due for any reason including, but not limited to, cancellation of payment by the customer or a denial due to insufficient funds, the customer agrees to pay any and all costs, expenses, and reasonable attorney's fees incurred by Blue Ridge Truck in the collection of such balance. The customer also agrees to pay 6% interest per year on the unpaid balance remaining 30 days after signing this invoice.

You may contact the Division of Consumer Counsel within the Virginia Attorney General's Office at the following website http://www.oag.state.va.us/consumer-protection/index.php/file-a-complaint or by calling 1-800-552-9963. from 8:30 a.m. to 5:00 p.m., Monday through Friday

Customer Signature:_____

Printed Name:_____Date:_____

# Exhibit B
## to Plaintiff's Complaint

```
VALIDATE CASE PAPERS
RCPT : 25000008856
DATE : 06/23/2025 TIME: 09:25
CASE : 035CL25000157-00
ACCT : BLUE RIDGE TRUCK SERVICE, LLC
AMT. : $236.00
```

6/18/25, 2:47 PM                                          Invoices

**Blue Ridge Truck Service, LLC**                                      Invoice:        **DRAFT INV**
726 Cedar Lane
Cana, VA 24317                                                         Date:           **6/18/2025**
info@blueridgetruckservice.com
276-229-8051



| Bill To | | Remit Payment To |
| --- | --- | --- |
| Foiles Trucking, Inc. | | Primary |
| | | 726 Cedar Lane |
| P: 618-410-3669 | | Cana, VA 24317 |

| Service Order | Terms | Due Date | Authorizer | Customer PO | Unit # |
| --- | --- | --- | --- | --- | --- |
| 8174 | COD | DRAFT INV | Rudy | | DA025322 |

| Item | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| **Complaint:** Transload of freight. | | | | |
| **Cause:** Transload of freight. | | | | |
| Labor | Chassis / Chassis / Transload of freight. | 0.00000 | | $0.00 |
| | | | Subtotal | $0.00 |
| | New Holland C345 Skid Steer with Forks | 7.00 | $375.00 | $2,625.00 |
| | 2 labors - 7 hours @ $125.00 per hour per man | 7.00 | $250.00 | $1,750.00 |

Unit: DA025322 VIN: 5MAPA4820DA025322

| | |
| --- | --- |
| **Fleet #:** DA025322 | Pre-Charge Subtotal: $0.00 |
| License Plate: (IL) 523-309ST | New Holland C345 Skid Steer with Forks: $2,625.00 |
| 2013 Mac Trailer MAC TRAILER MANUFACTURING | 2 labors - 7 hours @ $125.00 per hour per man: $1,750.00 |
| Chassis: 0 Miles | Carroll County, VA (5.3% of $0.00): $0.00 |
| | Total: $4,375.00 |

Any warranties on the parts and accessories sold hereby are made by the manufacturer. You understand and agree that
we make no warranties of any kind unless expressed in writing. You hereby authorize us to perform the repair work
herein set forth and to purchase the necessary material and parts to perform such repair work. You agree that we are
not responsible for loss or damage to your vehicle or articles left in your vehicle in case of fire, theft, or any other cause
beyond our control or for any delays caused by unavailability of parts or delays in part shipments by the supplier or
transporter. In addition, you agree that we are not responsible for damages to your vehicle from freezing due to lack of
antifreeze. You hereby grant our employees permission to operate your vehicle on streets, highways, or elsewhere for
the purpose of testing and/or inspection and acknowledge that all emergency road service is performed without any
warranty expressed. All units that are broken down must go to a certified shop to verify repairs after the unit is able to
get off the road. If our technician is able to get your truck or vehicle running and operational. Even if the technician says
you are "good to go" this does not mean it is a permanent fix. We always recommend having the work verified to ensure
no further issues are going on that could have been overlooked in a a emergency roadside repair situation.

Invoices

Furthermore, you acknowledge and agree that an express mechanic's lien on your vehicle is granted to secure
payment of this invoice for the repair work detailed in this invoice. Any customer paying through the portal
acknowledges payment with a credit card and in the event of fraudulent charges the user of the card will refer to their
credit card company to ensure disputes are resolved in a timely manner. Any disputed transactions that are not
resolved will result in criminal action being taken. You, as the receiver of the invoice, understand that the IP address
and location is being tracked to ensure the proper processing of all credit card transactions.

By signing this invoice the customer agrees to pay the full balance listed in the invoice. If the customer elects to pay
by a method other than in cash and that payment method does not satisfy the full amount due for any reason
including, but not limited to, cancellation of payment by the customer or a denial due to insufficient funds, the
customer agrees to pay any and all costs, expenses, and reasonable attorney's fees incurred by Blue Ridge Truck in
the collection of such balance. The customer also agrees to pay 6% interest per year on the unpaid balance
remaining 30 days after signing this invoice.

You may contact the Division of Consumer Counsel within the Virginia Attorney General's Office at the following
website http://www.oag.state.va.us/consumer-protection/index.php/file-a-complaint or by calling 1-800-552-9963,
from 8:30 a.m. to 5:00 p.m., Monday through Friday.

Customer Signature:_____

Printed Name:_____Date:_____

Clear All Data

## COVER SHEET FOR FILING CIVIL ACTIONS
COMMONWEALTH OF VIRGINIA

Case No. _____
(CLERK'S OFFICE USE ONLY)

Carroll County ................................    Circuit Court

Blue Ridge Truck Service, LLC ........ v./In re: ..........    Foiles Trucking, LLC .........................
PLAINTIFF(S)    DEFENDANT(S)

I, the undersigned ___ plaintiff ___ defendant ✓ attorney for ✓ plaintiff ___ defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

### GENERAL CIVIL

**Subsequent Actions**
  Claim Impleading Third Party Defendant
    Monetary Damages
    No Monetary Damages
  Counterclaim
    Monetary Damages
    No Monetary Damages
  Cross Claim
  Interpleader
  Reinstatement (other than divorce or driving privileges)
  Removal of Case to Federal Court

**Business & Contract**
  Attachment
  Confessed Judgment
  ✓ Contract Action
  Contract Specific Performance
  Detinue
  Garnishment

**Property**
  Annexation
  Condemnation
  Ejectment
  Encumber/Sell Real Estate
  Enforce Vendor's Lien
  Escheatment
  Establish Boundaries
  Landlord/Tenant
    Unlawful Detainer
  Mechanics Lien
  Partition
  Quiet Title
  Termination of Mineral Rights

**Tort**
  Asbestos Litigation
  Compromise Settlement
  Intentional Tort
  Medical Malpractice
  Motor Vehicle Tort
  Product Liability
  Wrongful Death
  Other General Tort Liability

### ADMINISTRATIVE LAW

Appeal/Judicial Review of Decision of (select one)
  ABC Board
  Board of Zoning
  Compensation Board
  DMV License Suspension
  Employee Grievance Decision
  Employment Commission
  Local Government
  Marine Resources Commission
  School Board
  Voter Registration
  Other Administrative Appeal

### DOMESTIC/FAMILY

Adoption
  Adoption – Foreign
Adult Protection
Annulment
  Annulment – Counterclaim/Responsive Pleading
Child Abuse and Neglect – Unfounded Complaint
Civil Contempt
Divorce (select one)
  **Complaint – Contested***
  **Complaint – Uncontested***
  Counterclaim/Responsive Pleading
  Reinstatement –
  Custody/Visitation/Support/Equitable Distribution
Separate Maintenance
  Separate Maintenance Counterclaim

### WRITS

Certiorari
Habeas Corpus
Mandamus
Prohibition
Quo Warranto

### PROBATE/WILLS AND TRUSTS

Accounting
Aid and Guidance
Appointment (select one)
  Guardian/Conservator
  Standby Guardian/Conservator
  Custodian/Successor Custodian (UTMA)
Trust (select one)
  Impress/Declare/Create
  Reformation
Will (select one)
  Construe
  Contested

### MISCELLANEOUS

Amend Birth/Death Certificate
Appointment (select one)
  Church Trustee
  Conservator of Peace
  Marriage Celebrant
Approval of Transfer of Structured Settlement
Bond Forfeiture Appeal
Declaratory Judgment
Declare Death
Driving Privileges (select one)
  Reinstatement pursuant to § 46.2-427
  Restoration – Habitual Offender or 3rd Offense
Expungement
Firearms Rights – Restoration
Forfeiture of Property or Money
Freedom of Information
Injunction
Interdiction
Interrogatory
Judgment Lien-Bill to Enforce
Law Enforcement/Public Official Petition
Name Change
Referendum Elections
Sever Order
Taxes (select one)
  Correct Erroneous State/Local Delinquent
Vehicle Confiscation
Voting Rights – Restoration
Other (please specify)

✓ Damages in the amount of $ 79,229.69 ............    are claimed.

6/19/2025
DATE

PLAINTIFF / DEFENDANT / ATTORNEY FOR ✓ PLAINTIFF / DEFENDANT

Aidan C. Williams, Esq.
PRINT NAME

Gentry Locke, 10 Franklin Rd. SE, Suite 900, Roanoke, VA 24011
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

540-983-9359

awilliams@gentrylocke.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

FORM CC-1416 (MASTER) PAGE ONE 03/23

CASE PAPERS
RCPT : 25000005856
DATE : 06/23/2025 TIME : 09:25

*"Contested" divorce means the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. "An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

## Civil Action Type Codes
### (Clerk's Office Use Only)

| | |
|---|---|
| Accounting | ACCT |
| Adoption | ADOP |
| Adoption – Foreign | FORA |
| Adult Protection | PROT |
| Aid and Guidance | AID |
| Amend Birth/Death Certificate | AVR |
| Annexation | ANEX |
| Annulment | ANUL |
| Annulment – Counterclaim/Responsive Pleading | ACRP |
| Appeal/Judicial Review | |
|    ABC Board | ABC |
|    Board of Zoning | ZONE |
|    Compensation Board | ACOM |
|    DMV License Suspension | JR |
|    Employment Commission | EMP |
|    Employment Grievance Decision | GRV |
|    Local Government | GOVT |
|    Marine Resources | MAR |
|    School Board | JR |
|    Voter Registration | AVOT |
|    Other Administrative Appeal | AAPL |
| Appointment | |
|    Conservator of Peace | COP |
|    Church Trustee | AOCT |
|    Custodian/Successor Custodian (UTMA) | UTMA |
|    Guardian/Conservator | APPT |
|    Marriage Celebrant | ROMC |
| Approval of Transfer of Structured Settlement | SS |
| Asbestos Litigation | AL |
| Attachment | ATT |
| Bond Forfeiture Appeal | BFA |
| Child Abuse and Neglect – Unfounded Complaint | CAN |
| Civil Contempt | CCON |
| Claim Impleading Third Party Defendant – | |
|    Monetary Damages/No Monetary Damages | CTP |
| Complaint – (Miscellaneous) | COM |
| Compromise Settlement | COMP |
| Condemnation | COND |
| Confessed Judgment | CJ |
| Contract Action | CNTR |
| Contract Specific Performance | PERF |
| Counterclaim – Monetary Damages/No Monetary | |
|    Damages | CC |
| Cross Claim | CROS |
| Declaratory Judgment | DECL |
| Declare Death | DDTH |
| Detinue | DET |
| Divorce | |
|    Complaint – Contested/Uncontested | DIV |
|    Counterclaim/Responsive Pleading | DCRP |
|    Reinstatement – Custody/Visitation/Support/ | |
|    Equitable Distribution | CVS |
| Driving Privileges | |
|    Reinstatement pursuant to § 46.2-427 | DRIV |
|    Restoration – 3rd Offense | REST |

| | |
|---|---|
| Ejectment | EJET |
| Encumber/Sell Real Estate | RE |
| Enforce Vendor's Lien | VEND |
| Escheatment | ESC |
| Establish Boundaries | ESTB |
| Expungement | XPUN |
| Forfeiture of Property or Money | FORF |
| Freedom of Information | FOI |
| Garnishment | GARN |
| Injunction | INJ |
| Intentional Tort | ITOR |
| Interdiction | INTD |
| Interpleader | INTP |
| Interrogatory | INTR |
| Judgment Lien – Bill to Enforce | LIEN |
| Landlord/Tenant | LT |
| Law Enforcement/Public Official Petition | LEP |
| Mechanics Lien | MECH |
| Medical Malpractice | MED |
| Motor Vehicle Tort | MV |
| Name Change | NC |
| Other General Tort Liability | GTOR |
| Partition | PART |
| Permit, Unconstitutional Grant/Denial by Locality | LUC |
| Petition – (Miscellaneous) | PET |
| Product Liability | PROD |
| Quiet Title | QT |
| Referendum Elections | ELEC |
| Reinstatement (Other than divorce or driving | |
|    privileges) | REIN |
| Removal of Case to Federal Court | REM |
| Restore Firearms Rights – Felony | RFRF |
| Restore Firearms Rights – Review | RFRR |
| Separate Maintenance | SEP |
| Separate Maintenance – Counterclaim/Responsive | |
|    Pleading | SCRP |
| Sever Order | SEVR |
| Sex Change | COS |
| Taxes | |
|    Correct Erroneous State/Local | CTAX |
|    Delinquent | DTAX |
| Termination of Mineral Rights | MIN |
| Trust – Impress/Declare/Create | TRST |
| Trust – Reformation | REFT |
| Uniform Foreign Country Money Judgments | RFCJ |
| Unlawful Detainer | UD |
| Vehicle Confiscation | VEH |
| Violation – Election Law | VEL |
| Voting Rights – Restoration | VOTE |
| Will Construction | CNST |
| Will Contested | WILL |
| Writs | |
|    Certiorari | WC |
|    Habeas Corpus | WHC |
|    Mandamus | WM |
|    Prohibition | WP |
|    Quo Warranto | WQW |
| Wrongful Death | WD |